IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| ANDREA RAY, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) Case No. 21-00715-CV-W-WBG |
| | ) |
| AGING IN PLACE, LLC, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER OF DISMISSAL

On May 13, 2022, the parties filed a Stipulation for Dismissal. Doc. 10. Pursuant to the parties' stipulation and Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, this matter is dismissed with prejudice with each party to bear her or its own costs.

IT IS SO ORDERED.

DATE: May 13, 2022       /s/ W. Brian Gaddy
                         W. BRIAN GADDY
                         UNITED STATES MAGISTRATE JUDGE